# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01946-AP

**DEE ANN POTHIER,**

       Plaintiff,

  v.

**MICHAEL ASTRUE,**
Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Chris R. Noel, Esq.<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone: (303) 449-6503<br>Fax: (720) 214-1836<br>E mail: chrisildar@comcast.net | JOHN F. WALSH<br>United States Attorney<br><br>Kevin Traskos<br>Assistant U.S. Attorney<br>Chief, Civil Division<br>Kevin.Traskos@usdoj.gov<br><br>Debra Meachum<br>Special Assistant U.S. Attorney<br>Assistant Regional Counsel<br>Social Security Administration,<br>1001 17th Street<br>Denver, Colorado 80202<br>Telephone: (303) 844-1570<br>Fax: (303) 844-0770<br>debra.meachum@ssa.gov<br><br>Attorneys for Defendant |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed: 8/16/10.**
**B. Date Complaint Was Served on U.S. Attorney's Office: 8/16/10**
**C. Date Answer and Administrative Record Were Filed: 10/22/10.**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** The accuracy and completeness of the Administrative Record is fine.

**Defendant states**: To the best of his knowledge, the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:** no additional evidence is to be filed.

**Defendant states:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff states: This case involves no unusual claims.

Defendant states: This case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

Plaintiff states: The record appears to be complete.

Defendant states: The administrative record is complete.

**8. BRIEFING SCHEDULE**

**A. Plaintiff's Opening Brief Due: November 10, 2010**

**B. Defendant's Response Brief Due: December 22, 2010**

**C. Plaintiff's Reply Brief Due: January 17, 2011**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.

**B. Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B. ( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**
*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

**DATED: November 3, 2010**

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone: (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisildar@comcast.net<br>Attorney for Plaintiff Dee Ann Pothier | JOHN F. WALSH<br>United States Attorney<br>Kevin Traskos<br>Assistant U.S. Attorney<br>Chief, Civil Division<br>Kevin.Traskos@usdoj.gov<br><br>by s/ Debra J. Meachum<br>Debra Meachum<br>Special Assistant U.S. Attorney<br>Assistant Regional Counsel<br>Social Security Administration,<br>    Region VIII<br>1001 17th Street<br>Denver, Colorado 80202<br>Telephone: (303) 844-1570<br>Fax: (303) 844-0770<br>debra.meachum@ssa.gov<br><br>Attorneys for Defendant |